Jason N. Cirlin, Esq., SBN 230205
Robert D. Goldberg, Esq. SBN 137358
CIRLIN GOLDBERG LLP
9595 Wilshire Boulevard, Suite 900
Beverly Hills, California 90212
Tel: (310) 691-8686; Fax: (310) 691-8450
Email: jcirlin@cgllplaw.com; rgoldberg@cgllplaw.com

Attorneys for Plaintiff,
David Taran

Sabrina C. Narain, Esq., SBN 299471
Christine Said, Esq., SBN 344348
SANDERS ROBERTS LLP
1055 W. 7th Street, Suite 3200
Los Angeles, California 90017
Tel: (213) 426-5000; Fax: (213) 234-4581
Email: snarain@sandersroberts.com; csaid@sandersroberts.com

Attorneys for Defendant,
Mercedes-Benz USA, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TARAN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware limited liability company; and Does 1-75, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-02195-FLA-E<br><br>Hon. Fernando L. Aenlle-Rocha<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

The parties are pleased to report that a settlement in this case has been reached. The parties are currently preparing a settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with prejudice, and which will include a request that the Court retain jurisdiction to interpret and enforce the terms of settlement.

Dated: May 12, 2023						CIRLIN GOLDBERG LLP


							_____
							Attorneys for Plaintiff,
							DAVID TARAN


Dated: May 12, 2023						SANDERS ROBERTS LLP


							_____
							Attorneys for Defendant,
							MERCEDES-BENZ USA, LLC

**NOTICE OF SETTLEMENT**